JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.C. JOHNSON,<br><br>　　　　　Respondent. | Case No. 2:19-cv-05207-VAP-JC<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

　　IT IS SO ADJUDGED.

　　DATED: OCTOBER 24, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE